IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| **STUART ELCONIN ROSOFF,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **Civil Action No. 3:09-cv-2471-O** |
| **UNITED STATES OF AMERICA,** | § § § | |
| **Defendant.** | § § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings and Recommendation of the United States Magistrate

Judge (ECF No. 69), Defendant United States of America's objections (ECF No. 72), and Plaintiff

Stuart Elconin Rosoff's response and appendix in support (ECF No. 74-76).[1]   Considering the

pleadings and evidence in this case, the Court has conducted a *de novo* review of those portions of

the proposed findings and recommendation to which objection was made.  The Court finds that the

Findings and Recommendation of the United States Magistrate Judge are correct.

Accordingly, Defendant's objections are **OVERRULED**, and the Court **ACCEPTS** the

Findings and Recommendation of the United States Magistrate Judge as the findings of the Court.

**SO ORDERED** on this **21st day** of **September, 2012.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1]      The Magistrate Judge read his findings and recommendation in court before both
parties. *See* Hr'g Tr., July 24, 2012, ECF No. 71.